H. Tim Hoffman (SBN 49141)
Arthur W. Lazear (SBN 83603)
Chad A. Saunders (SBN 257810)
HOFFMAN & LAZEAR
180 Grand Ave., Ste. 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

Attorneys for Plaintiffs
DAWN TILL and MARY JOSEPHS

Jennifer B. Zargarof (SBN 204382)
jzargarof@sidley.com
Geoffrey D. DeBoskey (SBN 211557)
gdeboskey@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants
SAKS INCORPORATED, SAKS & COMPANY and
SAKS FIFTH AVENUE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN TILL and MARY JOSEPHS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAKS INCORPORATED, a Tennessee corporation; SAKS FIFTH AVENUE, INC., a Massachusetts corporation; SAKS & COMPANY, a New York corporation; and SAKS FIFTH AVENUE OFF FIFTH, ,<br><br>Defendants. | Case No. 4:11-cv-00504-SBA<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DENY CLASS CERTIFICATION AND REJECT CONDITIONAL CERTIFICATION**<br><br>[Complaint filed: February 2, 2011]<br>[FAC filed: March 8, 2011] |

LA1 2284769v.1

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT' MOTION TO DENY
CLASS CERTIFICATION AND REJECT CONDITIONAL CERTIFICATION

|   |   |
|---|---|
| 1 | **IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiffs Dawn Till and Mary Josephs ("Plaintiffs") through their counsel, and Defendant Saks Incorporated, Saks & Company, and Saks Fifth Avenue, Inc., ("Saks") through their counsel, (collectively, the "Parties") to the following pursuant to Civil L.Rs. 6-2 and 7-12: |

1. On September 28, 2011 Saks filed its Motion to Deny Class Certification and Reject Conditional Certification (the "Motion"). The hearing on the Motion was set by the Court for February 28, 2012.

2. The Parties have met and conferred, and have agreed to the following briefing schedule for the Motion: Plaintiffs must file and serve any opposition papers to Saks' Motion on or before November 25, 2011 and Saks must file any reply papers on or before December 21, 2011. This is the first request to modify the briefing schedule on Saks' Motion.

4. The Parties reserve the right to seek Court approval for further modification to the briefing or to make other applications to the Court regarding the hearing date and/or briefing schedule in connection with the Motion.

**IT IS SO STIPULATED.**

DATED: OCTOBER 12, 2011        HOFFMAN & LAZEAR

By: */s/Chad A. Saunders*
Chad A. Saunders
ATTORNEYS FOR PLAINTIFFS

DATED: OCTOBER 12, 2011        Sidley Austin LLP

By: */s/Jennifer B. Zargarof*
Jennifer B. Zargarof
ATTORNEYS FOR DEFENDANTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/28/11

Honorable Saundra Brown Armstrong
Judge of the United States District Court

LA1 2284769v.1

1
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT' MOTION TO DENY CLASS CERTIFICATION AND REJECT CONDITIONAL CERTIFICATION