UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAWN TILL and MARY JOSEPHS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAKS INCORPORATED, a Tennessee corporation; SAKS FIFTH AVENUE, INC., a Massachusetts corporation; SAKS & COMPANY, a New York corporation; and SAKS FIFTH AVENUE OFF FIFTH,<br><br>Defendants. | Case No:  C 11-0504 SBA<br><br>**ORDER CONTINUING HEARING**<br><br>Dkt. 26, 42 |

The hearing on Plaintiffs' Motion for Class Certification and Defendants' Motion to Deny Class Certification and Reject Conditional Certification and the Case Management Conference scheduled for February 28, 2012 are CONTINUED to March 27, 2012 at 1:00 p.m. The Court, in its discretion, may resolve the motion without oral argument. Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b). The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated:  February 23, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge