H. Tim Hoffman (SBN 49141)
Arthur W. Lazear (SBN 83603)
Chad A. Saunders (SBN 257810)
HOFFMAN & LAZEAR
180 Grand Ave., Ste. 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

Attorneys for Plaintiffs
DAWN TILL and MARY JOSEPHS

Jennifer B. Zargarof (SBN 204382)
jzargarof@sidley.com
Geoffrey D. DeBoskey (SBN 211557)
gdeboskey@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants
SAKS INCORPORATED, SAKS & COMPANY and
SAKS FIFTH AVENUE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN TILL and MARY JOSEPHS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAKS INCORPORATED, a Tennessee corporation; SAKS FIFTH AVENUE, INC., a Massachusetts corporation; SAKS & COMPANY, a New York corporation; and SAKS FIFTH AVENUE OFF FIFTH, ,<br><br>Defendants. | Case No. 4:11-cv-00504-SBA<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DENY CONDITIONAL CERTIFICATION**<br><br>[Complaint filed: February 2, 2011]<br>[FAC filed: March 8, 2011] |

LA1 2570202v.1

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiffs Dawn Till and Mary Josephs ("Plaintiffs") through their counsel, and Defendants Saks Incorporated, Saks & Company, and Saks Fifth Avenue, Inc., ("Defendants") through their counsel, (collectively, the "Parties") to the following pursuant to Civil L.Rs. 7-12 and the Court's Order Dated September 22, 2012 (Dkt. 73):

1. On September 22, 2012 the Court issued an Order Granting in Part and Denying in Part Stipulated Motion to Re-file Enlarged Briefs re: Class Certification. (Dkt. 73) The Court's Order set out a briefing schedule for Plaintiff's Motion for Class Certification, and stated that "to the extent that Plaintiffs do not seek conditional certification in their motion for class certification with respect to their claims under the Fair Labor Standards Act, Defendants may file motions to deny conditional certification."

2. On October 2, 2012, Plaintiffs filed a Motion for Class Certification. (Dkt. 74) Plaintiffs do not seek conditional certification in their motion for class certification with respect to their claims under the Fair Labor Standards Act.

3. Defendants are filing a motion to deny conditional certification, which Plaintiffs intend to oppose, for the reasons that will be stated in their respective briefs.

4. Accordingly, the Parties have met and conferred, and have agreed to the following briefing schedule for Defendants' Motion to Deny Conditional Certification: Defendant's Motion to Deny Conditional Certification is due on or before October 23, 2012, Plaintiff's opposition is due on or before November 6, 2012, and Defendants' reply is due on or before November 13, 2012.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: OCTOBER 11, 2012  HOFFMAN & LAZEAR

            By: /s/*Chad A. Saunders*
               Chad A. Saunders
               ATTORNEYS FOR PLAINTIFFS

DATED: OCTOBER 11, 2012  Sidley Austin LLP

            By: /s/*Jennifer B. Zargarof*
               Jennifer B. Zargarof
               ATTORNEYS FOR DEFENDANTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/16/12

               *[signature: Saundra B. Armstrong]*
               Honorable Saundra Brown Armstrong
               Judge of the United States District Court