UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAWN TILL and MARY JOSEPHS, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAKS INCORPORATED, a Tennessee corporation; SAKS FIFTH AVENUE, INC., a Massachusetts corporation; SAKS & COMPANY, a New York corporation; and SAKS FIFTH AVENUE OFF FIFTH,<br><br>　　　　　Defendants. | Case No: C 11-00504 SBA<br><br>Related to:<br>C 12-03903 SBA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The parties shall appear for telephonic Case Management Conference on **November 20, 2013, at 3:00 p.m.**

At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  See http://www.cand.uscourts.gov/sbaorders.  Plaintiffs' counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiffs' counsel shall call (510) 637-3559 with all parties on the line.[1]  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

　　　　IT IS SO ORDERED.

Dated:  October 9, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Counsel should coordinate setting up the call with Plaintiffs' counsel in Tate-Small v. Saks Inc., No. 12-3903 SBA.