UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAWN TILL and MARY JOSEPHS, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAKS INCORPORATED, a Tennessee corporation; SAKS FIFTH AVENUE, INC., a Massachusetts corporation; SAKS & COMPANY, a New York corporation; and SAKS FIFTH AVENUE OFF FIFTH,<br><br>          Defendants. | Case No:  C 11-00504 SBA<br><br>**ORDER** |
| MARCIA TATE-SMALL, CASSANDRA THOMAS, and ROBIN LEDGER-RYAN, individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>SAKS INCORPORATED, a Tennessee corporation; SAKS FIFTH AVENUE, INC., a Massachusetts corporation; SAKS & COMPANY, a New York Corporation; and SAKS FIFTH AVENUE OFF FIFTH,<br><br>          Defendants. | Case No:  C 12-03903 SBA<br><br>Related to:<br>No. C 11-00504 SBA<br><br>**ORDER** |

          In view of the parties' Joint Notice of Settlement,

          IT IS HEREBY ORDERED THAT:

          1.     The parties shall file their anticipated joint motion for settlement approval within thirty (30) days of the date this Order is filed.

2.   The telephonic Case Management Conference scheduled for November 20, 2013, is CONTINUED to **February 26, 2014 at 2:30 p.m.**  In the event the actions are terminated prior to that date, no appearance will be required at the Case Management Conference.

IT IS SO ORDERED.

Dated:  November 20, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge